456 A.2d 984

**COMMONWEALTH of Pennsylvania**

v.

**Darrell M. McKELVIE, Appellant.**

Supreme Court of Pennsylvania.

Submitted Jan. 24, 1983.

Decided March 11, 1983.

Lewis S. Small, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Michael Clarke, Asst. Dist. Attys., Philadelphia, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## OPINION OF THE COURT

PER CURIAM:

Order affirmed.